# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 333 EAL 2023

    Respondent

        v. : Petition for Allowance of Appeal
         : from the Order of the Superior Court

KEENAN COLEMAN,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 334 EAL 2023

    Respondent

        v. : Petition for Allowance of Appeal
         : from the Order of the Superior Court

KEENAN COLEMAN,

    Petitioner

COMMONWEALTH OF PENNSYLVANIA, : No. 335 EAL 2023

    Respondent

        v. : Petition for Allowance of Appeal
         : from the Order of the Superior Court

KEENAN COLEMAN,

    Petitioner

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.